# IN THE UNITED STATES DISTRICT COURT FOR THE

# WESTERN DISTRICT OF OKLAHOMA

DONNOTT DOLRAMAN MURRAY, )
)
Petitioner, )
)
vs. )      No. CIV-10-1155-C
)
JAMES RUDEK, WARDEN, )
)
Respondent. )

## ORDER ADOPTING REPORT AND RECOMMENDATION

This action for habeas corpus relief brought by a prisoner, proceeding pro se, was
referred to United States Magistrate Judge Valerie K. Couch, consistent with the provisions
of 28 U.S.C. § 636(b)(1)(B). Judge Couch entered a Report and Recommendation on March
31, 2011, to which Petitioner has timely objected. The Court therefore considers the matter
de novo.

The facts and law are accurately set out in the Magistrate Judge's Report and
Recommendation and there is no purpose to be served in repeating them yet again. In his
objection, Petitioner merely restates the conclusions and legal argument originally asserted,
and raises no issue not fully and accurately addressed and rejected by the Magistrate Judge.

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge, and for the reasons announced therein, denies this petition for habeas corpus relief. A judgment will enter accordingly.

IT IS SO ORDERED this 26th day of April, 2011.

ROBIN J. CAUTHRON
United States District Judge